```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
```

| | | |
|---|---|---|
| DERRICK L. FOSTER, | ) | CASE NO. 1:06 CV 725 |
| Petitioner, | ) ) | JUDGE JOHN R. ADAMS |
| v. | ) ) ) | MEMORANDUM OF OPINION AND ORDER |
| STATE OF OHIO, | ) ) | |
| Respondent. | ) | |

On March 30, 2006, petitioner <u>pro se</u> Derrick L. Foster filed this action for a writ of error coram nobis, seeking to vacate certain state convictions that have "long expired."

This court lacks jurisdiction over Foster's petition, as a request for relief under a writ of error coram nobis must be brought before the court that pronounced judgment on him. Because Foster is challenging state court convictions, an action in coram nobis does not lie here. <u>Dillard v. Chandler</u>, No. 97-5081, 1998 WL 57296 (6th Cir. Feb. 2, 1998).

Accordingly, this action will be dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

Dated: May 22, 2006         /s/ John R. Adams
                           JOHN R. ADAMS
                           UNITED STATES DISTRICT JUDGE